# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

Harka Biswa,
       Plaintiff,

       v.                                  CASE NO.: 4:24-cv-72

Equifax Information Services, LLC
Experian Information Solutions, Inc.;
Trans Union, LLC;
Citibank, N.A.
       Defendant.
_____/

## NOTICE OF SETTLEMENT AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

Notice is hereby given that the Plaintiff and the Defendant, Experian Information Solutions, Inc. have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 10th day of February, 2025

                                                */s/Eliyahu Babad*
                                                Eliyahu Babad
                                                **Stein Saks, PLLC**
                                                One University Plaza
                                                Hackensack, NJ 07601
                                                Phone: 201-282-6500
                                                ebabad@steinsakslegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 10, 2025 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      */s/ Eliyahu Babad*
      Eliyahu Babad